UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON VALLE NAVA,<br>Petitioner,<br>v.<br>BRUCE SCOTT, et al.,<br>Respondents. | CASE NO. 2:26-cv-03236-JNW<br><br>ORDER |

Petitioner Ramon Valle Nava has filed a proposed 28 U.S.C. § 2241 habeas petition, Dkt. Nos. 1; 3-1, and an application to proceed in forma pauperis ("IFP"), Dkt. No. 3. Valle Nava's IFP application indicates that he has no savings or income, as he is detained. On this record, the Court finds that Valle Nava would experience financial difficulty in paying the filing fee. Accordingly, the Court GRANTS the IFP application.

Dated this 25th day of September, 2026.

Jamal N. Whitehead
United States District Judge